## NORTHWESTERN MUT. LIFE INS. CO. OF MILWAUKEE, WISCONSIN, v. GILBERT.

### No. 12382.

United States Court of Appeals
Ninth Circuit.

May 10, 1950.

## COOPER v. CRANOR.

### No. 12458.

United States Court of Appeals
Ninth Circuit.

May 8, 1950.

Charles A. Hart, William W. Wyse, Portland, Or. (Stanley V. Jacobson, Milwaukee, Hart, Spencer, McCulloch, Rockwood & Davies, Portland, Or., of counsel), for appellant.

Lawrence T. Harris, Eugene, Or., W. H. Morrison, Portland, Or., Howard A. Butler, Eugene, Or. and Howard K. Beebe, Portland, Or. (Harris, Bryson, Riddlesbarger & Butler, Eugene, Or., and Maguire, Shields, Morrison & Bailey, Portland, Or., of counsel), for appellee.

Before BONE, Circuit Judge, and GOODMAN and MATHES, District Judges.

### PER CURIAM.

Appellant's petition for a rehearing is denied. That portion of the petition which seeks a rehearing in banc is stricken because "without authority in law or in the rules or practice of the court" see Kronberg v. Hale, 9 Cir., 181 F.2d 767.